## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAUN ROBINSON, | ) | 3:15-CV-0169-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 21, 2016 |
| NEVADA SYSTEM OF HIGHER EDUCATION, et al., | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before this court is defendants' motion to stay discovery pending the court's ruling on the motions to dismiss (#40). Plaintiff filed an opposition (#42) to the motion, and defendants replied (#45). For good cause appearing,

   IT IS ORDERED that defendants' motion to stay discovery pending the court's ruling on the motions to dismiss (#40) is **GRANTED**.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                              By:            /s/
                                        Deputy Clerk