AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_\_NEVADA\_\_\_

SHAUN ROBINSON,

    Plaintiff,

v.

NEVADA SYSTEM OF
HIGHER EDUCATION, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00169-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss (ECF Nos. 23, 24) are granted. Robinson's Second Amended Complaint (ECF No. 10) is dismissed with prejudice. Judgment is entered in favor of Defendants.

July 15, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk