1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                    * * *

9    SHAUN ROBINSON,                      Case No. 3:15-cv-00169-MMD-VPC

10                         Plaintiff,                    ORDER

11          v.

     NEVADA SYSTEM OF HIGHER
12   EDUCATION, *et al.*,

13                        Defendants.

14

15          This matter is referred to the Court for the limited purpose of determining whether

16   *in forma pauperis* status should continue on appeal. (ECF No. 56.) This Court certifies

17   that Plaintiff's appeal from its order of dismissal is not frivolous and his *in forma pauperis*

18   status should continue on appeal.

19          DATED THIS 3rd day of August 2016.

20

21          _____
                 MIRANDA M. DU
22               UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28